*Friday, May 9, 1997*

# DISCIPLINARY DOCKET

**94–2184.   In re Resignation of Kuhlman.**

IT IS ORDERED by this court, *sua sponte,* effective May 7, 1997, that Jack D. Kuhlman, Attorney Registration No. 0001109, last known address in Columbiana, Ohio, is found in contempt for failure to comply with this court's order of November 17, 1994, to wit: failure to pay publication costs in the amount of $40.95 on or before April 18, 1996.

**94–2303.   Disciplinary Counsel v. McDonald.**

IT IS ORDERED by this court, *sua sponte,* effective May 7, 1997, that Michael J. McDonald, Attorney Registration No. 0022740, last known address in Miamisburg, Ohio, is found in contempt for failure to comply with this court's order of March 29, 1995, to wit: failure to pay publication costs in the amount of $171.39 on or before October 12, 1995.

**94–2669.   Disciplinary Counsel v. Manogg.**

IT IS ORDERED by this court, *sua sponte,* effective May 7, 1997, that Philip M. Manogg, a.k.a. Philip Martin Manogg, Attorney Registration No. 0025402, last known address in Newark, Ohio, is found in contempt for failure to comply with this court's order of January 10, 1996, to wit: failure to file an affidavit of compliance on or before February 9, 1996, and failure to pay board costs on or before April 9, 1996.

**94–2701.   Disciplinary Counsel v. Pagac.**

IT IS ORDERED by this court, *sua sponte,* effective May 7, 1997, that Paul Pagac III, Attorney Registration No. 0015049, last known address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of June 28, 1995, to wit: failure to pay publication costs in the amount of $40.40 on or before April 18, 1996.

**95–1301.   In re Keith.**

IT IS ORDERED by this court, *sua sponte,* effective May 7, 1997, that Jeffrey Keith, a.k.a. Jeffrey Carl Keith, Attorney Registration No. 0007885, last known address in Parma, Ohio, is found in contempt for failure to comply with this court's order of July 13, 1995, to wit: failure to file an affidavit of compliance on or before August 14, 1995.

**95–1672.   Disciplinary Counsel v. Stanley.**

IT IS ORDERED by this court, *sua sponte,* effective May 7, 1997, that Christopher Stanley, a.k.a. Christopher Danahy Stanley, Attorney Registration No. 0034113, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of January 10, 1996, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before February 9, 1996, and failure to pay board costs in the amount of $105.50 on or before April 9, 1996.

**95–1936.   In re Churilla.**

IT IS ORDERED by this court, *sua sponte,* effective May 7, 1997, that Robert J. Churilla, Attorney Registration No. 0039907, last known address in Bedford, Ohio, is found in contempt for failure to comply with this court's order of October 12, 1995, to wit: failure to file an affidavit of compliance on or before November 13, 1995.